# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00413-CR

**Kenneth Sashington, Appellant**

**v.**

**State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT NO. D-1-DC-09-301198, HONORABLE WLFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's court-appointed counsel has filed a motion to abate this appeal for the trial court to consider his motion to withdraw as appointed appellate counsel and to appoint new appellate counsel. Counsel represents that he has filed his motion to withdraw with the trial court. Accordingly, we abate this appeal for fifteen days and remand the cause to the district court of Travis County to consider counsel's motion to withdraw and appoint a new appellate attorney. All appellate deadlines will be tolled during the period of abatement. Any orders resulting therefrom shall be filed with the clerk of this Court within thirty days of the date of the entry of this opinion.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Abated

Filed:   July 28, 2011

Do Not Publish